**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION** <br><br> _____ <br><br> **This Document Relates to** <br> **ALL CASES** | **MDL Docket No. 2656** <br><br> **Misc. No. 15-1404 (CKK)** |

**REPORT AND RECOMMENDATION NO. 9 ON REMAND**
**REGARDING WHETHER DELTA'S HURDLE RATE DATA IS RESPONSIVE TO**
**PLAINTIFFS' RFP NO. 10**
**(February 11, 2020)**

The Court having considered the Special Master's Report and Recommendation No. 9 on

Remand and having been informed that there is no objection from any party, adopts Report and

Recommendation No. 9 on Remand.

**IT IS SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE